FILED

SEP 0 3 2009

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
　　　　　　　　DEPUTY CLERK

WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **GOVERNMENT EXHIBIT NO. 2** |
| Plaintiff, | ) | |
| V. | ) | CASE NO. P-09-CR-101 (23) |
| ADOLFO ESCOBAR-VELASQUEZ, | ) | |
| Defendant. | ) | |

## FACTUAL BASIS

The United States was prepared to show the following facts through competent evidence beyond a reasonable doubt that the Defendant is guilty had this case gone to trial. The defendant and his attorney have signed this factual basis. By signing this factual basis the Defendant admits and stipulates that the following facts are true and accurate and that they support his plea of guilt and that the Defendant admits guilt.

On December 12, 2008, a prison riot occurred at the Reeves County Detention Center, #3 in Pecos, Texas. The riot initially began in the Special Housing Unit ("SHU"). Inmates in one of the cells in the SHU were observed breaking the window in the cell, breaking the sink off the wall in the cell, setting fire to the cell, and yelling at the other inmates in the SHU to join the rioting.

Eventually, prison staff had to call for assistance and order a "lock down" of the entire complex. Guards in the other housing units attempted to comply with the "lock

down" order and get all inmates back in their respective cells. The inmates disobeyed the orders to come back to their cells and began blocking the doors of housing units A, B and C. Defendant Adolfo Escobar-Velasquez was seen in the recreation yard throwing rocks at prison staff by Correctional Officer Fred Gallego. The complex quickly came under the control of the inmates and a standoff ensued. Negotiations began between law enforcement and the inmates and many hours later the riot subdued and the inmates were processed and placed back in their cells in the housing units.

The Defendant, FELIX VARGAS, is pleading guilty and admitting that he, aided and abetted by others, did instigate, connive, attempt to cause, assist, or conspire to cause a riot at Reeves County Detention Center.

Signed on the 1st day of September, 2009.

_____
ADOLFO ESCOBAR-VELASQUEZ
Defendant

_____
DAVID GREENHAW
Attorney for Defendant

_____
SANDY STEWART
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**